July 15, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00074-CV

### BARON GLOBAL DISTRIBUTORS, LLC, Appellant

### V.

### JON CHARLES SMITH, Appellee

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on March 21, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Baron Global Distributors, LLC.

We further order this decision certified below for observance.

Judgment Rendered July 15, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.